AUGUSTA GERLACH, Administratrix, etc., Respondent, *v.* JOHN H. EDELMEYER et al., Appellants.

88a 645
167 553

(Argued January 27, 1882; decided February 7, 1882.)

*Hugh Reavy* for appellant.

*Nathaniel C. Moak* for respondent.

Agree to affirm; no opinion.
All concur, except RAPALLO, J., absent, and FINCH and TRACY, JJ., not voting.
Judgment affirmed.

---

WILLIAM B. FITCH, as Survivor, etc., Respondent, *v.* WILLIAM J. BEST, Impleaded, etc., Appellant.

(Argued January 31, 1882 ; decided February 10, 1882.)

*J. I. & F. Werner* for appellant.

*Joseph Hallock* for respondent.

Agree to dismiss appeal; no opinion.
All concur.
Appeal dismissed.

---

JOHN GRAY et al., Appellants, *v.* THE NEW YORK FLOATING ELEVATOR COMPANY, Respondent.

(Argued January 31, 1882 ; decided February 10, 1882.)

*Luther R. Marsh* for appellants.

*Wm. W. Goodrich* for respondent.

Agree to dismiss appeal; no opinion.
All concur.
Appeal dismissed.